KIRBY AISNER & CURLEY, LLP  
*Attorneys for the Debtors*  
700 Post Road, Suite 237  
Scarsdale, New York 10583  
Tel: (914) 401-9500  
Dawn Kirby, Esq.  
dkirby@kacllp.com  
Jessica M. Hill, Esq.  
jhill@kacllp.com

*Hearing Date: June 25, 2024*  
*Hearing Time: 8:59 a.m.*  
*Via Zoom for Government*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------X  
In re:

CRAIG A. FOSTER *aka* DR. CRAIG A. FOSTER and BLAKE P. FOSTER,

Chapter 13  
Case No. 23-35471 (CGM)

Debtors.  
---------------------------------------------------------------X

**NOTICE OF HEARING TO CONSIDER FINAL  
APPLICATIONS FOR ALLOWANCE OF PROFESSIONAL  
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE**, that upon the application of the professionals listed below rendering services with respect to the above captioned Chapter 13 Debtors, a hearing shall be held, *via ZOOM for Government,* before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court (Poughkeepsie Division) on the **25th day of June 2024 at 8:59 a.m.,** or as soon thereafter as counsel may be heard, to consider the applications pursuant to Sections 330 and 503(b) of the Bankruptcy Code (the "Applications") of the following professionals retained herein:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Kirby Aisner & Curley LLP *Attorneys for the Debtor* | $14,129.50 | $99.46 | 06/7/2023 – 5/15/2024 |

**PLEASE TAKE FURTHER NOTICE,** that all hearings will be conducted remotely using *ZOOM for Government*. Parties that wish to appear at the hearing are required to register their appearance forty-eight (48) hours prior to the scheduled hearing utilizing the Electronic Appearance Portal https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl located on the Court's website. Late registrants will not receive the Zoom link to the hearing and **MUST APPEAR IN PERSON** at 355 Main Street, Poughkeepsie, New York. Parties are asked to check the Court's calendar the day before the scheduled hearing for updated call-in times.

**PLEASE TAKE FURTHER NOTICE**, that the Applications are on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov/ (PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Applications must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Kirby Aisner & Curley, LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Dawn Kirby, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated: Scarsdale, New York
      May 31, 2024

KIRBY AISNER & CURLEY, LLP
*Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
dkirby@kacllp.com

By: */s/ Dawn Kirby*
     Dawn Kirby