KIRBY AISNER & CURLEY, LLP
*Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Jessica M. Hill, Esq.
jhill@kacllp.com

*Hearing Date: June 25, 2024*
*Hearing Time: 8:59 a.m.*
*Via Zoom for Government*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

CRAIG A. FOSTER *aka* DR. CRAIG A. FOSTER
and BLAKE P. FOSTER,

                                       Debtors.
---------------------------------------------------------------X

Chapter 13
Case No. 23-35471 (CGM)

## **CERTIFICATION**

DAWN KIRBY, an attorney duly admitted to practice before this Court and the Courts of the State of New York, hereby certifies, in accordance with the Guidelines for Reviewing Applications For Compensation as promulgated by the United States Trustee dated March 22, 1995 and the Amended Guideline for Fees and Disbursements for Professional in the Southern District of New York Bankruptcy Court dated November 25, 2009 (the "**UST Guidelines**") as follows:

1. I am a Partner of the law firm of Kirby Aisner & Curley LLP (the "**Firm**"), and I submit this Certification with respect to the fee application (the "**Fee Application**") submitted on behalf of Kirby Aisner & Curley LLP as attorneys for the above captioned debtors (the "**Debtors**") in this Chapter 13 proceeding.

2. I have read the aforementioned Fee Application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, said Fee Application complies with the UST Guidelines.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in said Fee Application fall within the UST Guidelines.

5. The fees and disbursements sought in said Fee Application are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients.

6. The Debtors, the Office of the United States Trustee, and Thomas C. Frost the Chapter 13 Trustee, will be served with a copy of the Fee Application no later than twenty-one (21) days before the Fee Application hearing date.

7. The Debtors have been provided, no later than twenty (20) days after the end of each month, with a statement of fees and disbursements accrued during such month. Said statement of fees and disbursements have contained a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

8. A representative of the Firm will be present at the Hearing on the Fee Application previously referred to herein.

9. With respect to reimbursement for expenses contained in the aforementioned Fee Application, the Firm does not make a profit on that service.

10. In charging for a particular reimbursement, the Firm has not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

11. In seeking reimbursement for services, which the Firm justifiably purchased or contracted for from a third party, the Firm has requested reimbursement only for the amount billed to the Firm by the third-party vendor and paid by the Firm to such vendor.

Dated: Scarsdale, New York
      May 31, 2024

KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
dkirby@kacllp.com

By: */s/ Dawn Kirby*
      Dawn Kirby