UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

# FEE APPLICATION COVER SHEET

**Case Name and Number:**

Craig A. Foster *aka* Dr. Craig A. Foster and Blake P. Foster      Case No. 23-35471 (CGM)

**CASE FILED**:  June 7, 2023

**CHAPTER**:  13

**APPLICANT**: KIRBY AISNER & CURLEY LLP

**ROLE IN CASE:** Attorneys for the Debtors

 

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALY OF PURJURY.

 

*/s/ Dawn Kirby*                          05/  /2024
SIGNATURE OF APPLICANT      DATE

## SECTION I
## FEE SUMMARY

| | |
|---|---:|
| TOTAL PREVIOUS FEES & COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES & COSTS ALLOWED TO DATE: | $ 0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $ 6,840.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 0.00 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 0.00 |
| TOTAL RECEIVED BY APPLICANT | $ 6,840.00 |

### PROFESSIONAL SERVICES SUMMARY

| NAME OF PROFESSIONAL & TITLE | | RATE | HOURS | FEE |
|---|---|---|---|---|
| Dawn Kirby | Partner | $350 | 2.2 | $ 770.00 |
| Jessica Hill | Associate | $295 | 43.1 | $ 12,714.50 |
| Bryn Leonardo | Paralegal | $150 | 2.6 | $ 390.00 |
| Donna Fraioli | Paralegal | $150 | 1.7 | $ 225 |
| | | **TOTAL** | **49.6** | **$ 14,129.50** |

### COMPENSATION BY WORK TASK

| TASK CODE | DESCRIPTION | HOURS | FEE |
|---|---|---|---|
| 00 | Excluded Services | 49.6 | $14,129.50 |
| | **TOTAL** | **49.6** | **$14,129.50** |

| | |
|---|---:|
| **APPLICATION FEE TOTALS - Page 2** | $ 14,129.50 |
| **APPLICATION DISBURSEMENT TOTALS - Page 3** | $ 99.46 |
| **BLENDED HOURLY RATE\*\* :** | $ 284.87 |

# SECTION II
# SECTION OF DISBURSEMENTS

| | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| a) | Online Access of Court Records | $ | 14.60 |
| b) | Postage | $ | 45.46 |
| c) | Photocopies | $ | 28.40 |
| d) | Certified Order | $ | 11.00 |
| | **DISBURSEMENT TOTAL:** | **$** | **99.46** |

# SECTION III
# CASE HISTORY

(1) DATE CASE FILED: June 7, 2023

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 13

(3) DATE OF RETENTION: *Nunc pro tunc* as of the June 7, 2023

(4) PRIOR APPLICATION HISTORY –

   a. None

# SECTION IV
# BREAKDOWN OF CASE MATTERS

**See Attached**

# Kirby Aisner Curley LLP
## Time Runs by Date

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 7/21/2023 | Jessica Hill | Review Land Records & Obtain Copies of Liens & Recording Information (0.3); Draft 522(f) Motion (1.1), Proposed Order (0.3) and NOH (0.2); Compile Service List & Draft COS (0.3); Compile Exhibits (0.5); Conform, Compile & File Motion (0.4); Supervise Service of Same (0.1) | 3.2 | $ 295.00 | $ 944.00 |
| 7/21/2023 | Bryn Leonardo | Effectuate Service re: Notice of Hearing of Debtors Motion for an Order Avoiding a Certain Judgment Lien of Brett Langbert Impairing Debtors Exemptions pursuant to 11 U.S.C. § 522(f) and for Declaratory Relief together with Debtors Motion, Proposed Order and related Exhibits thereto | 0.6 | $ 150.00 | $ 90.00 |
| 7/21/2023 | Bryn Leonardo | Efile Certificate of Service re: Notice of Hearing of Debtors Motion for an Order Avoiding a Certain Judgment Lien of Brett Langbert Impairing Debtors Exemptions pursuant to 11 U.S.C. § 522(f) and for Declaratory Relief together with Debtors Motion, Proposed Order and related Exhibits thereto | 0.2 | $ 150.00 | $ 30.00 |
| 7/25/2023 | Jessica Hill | Review Objection to Confirmation filed by NYC Board | 0.2 | $ 295.00 | $ 59.00 |
| 8/21/2023 | Jessica Hill | Prepare for Tomorrow's Hearings (0.5); Email to Client re: DE Course Requirement (0.1) | 0.6 | $ 295.00 | $ 177.00 |
| 8/22/2023 | Jessica Hill | Participate in Hearings on Confirmation and Motion to Avoid Judgment Liens [9:30-10:13] (0.6); Conform and Submit Order Granting 522f Motion to Court for Entry (0.2) | 0.8 | $ 295.00 | $ 236.00 |
| 8/23/2023 | Jessica Hill | Review 522f Order Entered by Court and Email to Client re: Same; Compile Service List and Supervise Service of Same | 0.4 | $ 295.00 | $ 118.00 |
| 8/23/2023 | Bryn Leonardo | Serve Order Granting Debtors Motion for an Order Avoiding a Certain Judgment Lien of Brett Langbert Impairing Debtors Exemptions pursuant to 11 U.S.C. § 522(f) and for Declaratory Relief | 0.5 | $ 150.00 | $ 75.00 |

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 8/23/2023 | Bryn Leonardo | Finalize and Efile Certificate of Service re: Order Granting Debtors Motion for an Order Avoiding a Certain Judgment Lien of Brett Langbert Impairing Debtors Exemptions pursuant to 11 U.S.C. § 522(f) and for Declaratory Relief | 0.3 | $ 150.00 | $ 45.00 |
| 9/26/2023 | Jessica Hill | Draft and Transmit Letter to Clerk's Office Requesting Certified Copy of 522(f) Order | 0.3 | $ 295.00 | $ 88.50 |
| 10/9/2023 | Jessica Hill | TC D. Colomban (Potential Broker) re: Sale of Property | 0.2 | $ 295.00 | $ 59.00 |
| 10/13/2023 | Jessica Hill | Draft and Transmit Letter to Dutchess County Clerk's Office re: Recording of 522f Order; Email to Client re: Same | 0.3 | $ 295.00 | $ 88.50 |
| 10/13/2023 | Jessica Hill | Review Trustee's MTD and Email to Client re: Same | 0.5 | $ 295.00 | $ 147.50 |
| 10/13/2023 | Jessica Hill | TC Dean Colomban re: Potential Broker for Sale of House | 0.1 | $ 295.00 | $ 29.50 |
| 10/16/2023 | Jessica Hill | TC Blake re: Ch 7 v. Ch 13, MTD & Broker Retention | 0.4 | $ 295.00 | $ 118.00 |
| 10/17/2023 | Jessica Hill | [Broker Retention] Review Listing Agreement and Draft Application (0.5), Broker's Declaration in Support (0.3), Proposed Order (0.2) and NOP (0.1) for Application to Approve Retention of Skyler Realty; Email to Broker re: Same (0.1) | 1.2 | $ 295.00 | $ 354.00 |
| 10/20/2023 | Jessica Hill | [Broker Retention] Finalize Application to Employ RE Broker, Declaration, Proposed Order (0.4); Compile and Redact Exhibits (0.2); File Same with the Court (0.1); Compile Service List and Supervise Service of Same (0.3) | 1 | $ 295.00 | $ 295.00 |
| 10/20/2023 | Jessica Hill | Email to Trustee's Office re: MTD and Request for Adjournment | 0.2 | $ 295.00 | $ 59.00 |
| 10/23/2023 | Jessica Hill | Email to Client re: Filing of Retention Application; Review Service List with DF | 0.2 | $ 295.00 | $ 59.00 |
| 10/24/2023 | Donna Fraioli | Effectuate Notice of Retention and e-file COS | 1.2 | $ 150.00 | $ 180.00 |
| 11/1/2023 | Dawn Kirby | Call with J Hill to review motion for relief from stay, status of prooperty listing and showings, broker retention. | 0.2 | $ 350.00 | $ 70.00 |
| 11/2/2023 | Jessica Hill | Emails to/from Broker re: Status of Listing | 0.2 | $ 295.00 | $ 59.00 |
| 11/3/2023 | Jessica Hill | TC Broker re: Status of Listing | 0.1 | $ 295.00 | $ 29.50 |
| 11/13/2023 | Jessica Hill | TC Broker re: Status of Listing | 0.1 | $ 295.00 | $ 29.50 |

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 11/14/2023 | Jessica Hill | Revise Proposed Order to Retain Skyler Realty (0.1); Email to/from Trustee's Office re: Same (0.2); Conform and Submit Order to Court for Entry (0.2) | 0.5 | $ 295.00 | $ 147.50 |
| 11/17/2023 | Jessica Hill | Review SLS's MRS (0.3); Draft Opposition (0.8); Compile Exhibits (0.2) | 1.3 | $ 295.00 | $ 383.50 |
| 11/28/2023 | Jessica Hill | [SLS's MRS] Revise Objection to MRS per Dawn's Comments (0.3); Compile Exhibits (0.1); TC Broker re: Status of Listing (0.2); Conform and File Objection with Exhibits (0.1); Compile Service List (0.3); Effectuate Service of Objection (0.4); Draft and File COS (0.2) | 1.6 | $ 295.00 | $ 472.00 |
| 11/28/2023 | Jessica Hill | Review & Respond to Email from RE Broker re: Status of Showings | 0.1 | $ 295.00 | $ 29.50 |
| 11/30/2023 | Jessica Hill | Prepare for (0.2) and Call with Blake re: MRS and Status of Case (0.7); Review MTD & Email to Trustee's Office re: MTD Outstanding Documents (0.2) | 1.1 | $ 295.00 | $ 324.50 |
| 12/5/2023 | Dawn Kirby | Attend hearing on motion to lift automatic stay. | 1 | $ 350.00 | $ 350.00 |
| 12/6/2023 | Jessica Hill | Draft Opposition to Trustee's MTD (1.1); Compile Service List (0.2) | 1.3 | $ 295.00 | $ 383.50 |
| 12/7/2023 | Jessica Hill | Finalize Conform and File Opposition to Trustee's MTD (0.3); Supervise Service of Same (0.1) | 0.4 | $ 295.00 | $ 118.00 |
| 12/7/2023 | Dawn Kirby | Review opposition to trustee's motion to dismiss and discuss content with J Hill for filing. | 0.1 | $ 350.00 | $ 35.00 |
| 12/13/2023 | Bryn Leonardo | Draft; Finalize and Efile re: Service of Opposition to Trustee MTD. | 0.5 | $ 150.00 | $ 75.00 |
| 12/19/2023 | Jessica Hill | Prepare for (0.5) and Participate in (0.6) Hearing on Confirmation, MTD & Objections to Confirmation | 1.1 | $ 295.00 | $ 324.50 |
| 12/19/2023 | Bryn Leonardo | Supervise Service of Opposition to Trustee MTD. | 0.5 | $ 150.00 | $ 75.00 |
| 1/2/2024 | Jessica Hill | TC Dean re: Status of Listing | 0.2 | $ 295.00 | $ 59.00 |
| 1/3/2024 | Jessica Hill | Review Traffic History sent by Realtor | 0.3 | $ 295.00 | $ 88.50 |
| 1/12/2024 | Jessica Hill | Review MRS Filed by Park Ave & 77th Corp and Email to Client re: Same | 0.8 | $ 295.00 | $ 236.00 |
| 1/22/2024 | Jessica Hill | Review BOA's Objection to Confirmation | 0.2 | $ 295.00 | $ 59.00 |
| 1/22/2024 | Jessica Hill | TC Client re: Status of Case and MRS | 0.6 | $ 295.00 | $ 177.00 |
| 1/22/2024 | Jessica Hill | TC Client re: Payment History to Gumley Haft | 0.2 | $ 295.00 | $ 59.00 |

# Kirby Aisner Curley LLP
# Time Runs by Date

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 1/23/2024 | Jessica Hill | Draft Opposition to Gumley Haft's MRS (1.5); Compile Exhibits (0.2); Compile Service List (0.2); Revise Objection per Dawn's Comments (0.2); Conform and File Opposition with Exhibits (0.2) | 2.3 | $ 295.00 | $ 678.50 |
| 1/23/2024 | Donna Fraioli | Effectuate; Serve; E-File COS | 0.5 | $ 150.00 | $ 75.00 |
| 1/29/2024 | Jessica Hill | TC & Emails to/from Broker re: Status of Pleasant Valley Listing | 0.2 | $ 295.00 | $ 59.00 |
| 1/29/2024 | Jessica Hill | Review Park Ave & 77th Corp's Reply to Opposition to MRS | 0.3 | $ 295.00 | $ 88.50 |
| 1/29/2024 | Jessica Hill | Prepare for Tomorrow's Hearings | 0.9 | $ 295.00 | $ 265.50 |
| 1/30/2024 | Jessica Hill | Continue Preparing for (1.0) and Participate in (0.5) Hearings on Confirmation, Trustee's MTD, SLS's MRS, and Park Ave & 77th Corp's MRS; Email to Client re: Status of Same (0.1) | 1.6 | $ 295.00 | $ 472.00 |
| 1/30/2024 | Jessica Hill | Multiple EMails to/from Client re: CoOp Statements & Objections to Confirmation | 0.2 | $ 295.00 | $ 59.00 |
| 2/5/2024 | Jessica Hill | Review and Respond to Emails from Broker re: Listing Traffic | 0.2 | $ 295.00 | $ 59.00 |
| 2/8/2024 | Jessica Hill | Email to Counsel for the Co-Op board re: proof of post-petition R/E Assess fees and legal fees (0.1); TC (0.1) and multiple emails to/from Broker re: Offer on Pleasant Valley Property (0.2); Review Offer and Calculate POCs (0.4); Emails to Counsel for SLS and BOA re: Payoffs (0.2) | 1 | $ 295.00 | $ 295.00 |
| 2/9/2024 | Jessica Hill | Prepare for (0.2) and Call with (0.3) Counsel for Co-Op Board | 0.5 | $ 295.00 | $ 147.50 |
| 2/12/2024 | Jessica Hill | Review Revised Offer; Email to Client and Broker re: Same | 0.2 | $ 295.00 | $ 59.00 |
| 2/12/2024 | Jessica Hill | Review & Respond to Email from Counsel for Park Ave & 77th Corp re: Reapplication of Payments | 0.2 | $ 295.00 | $ 59.00 |
| 2/14/2024 | Jessica Hill | TC Broker (x2) re: Status of Listing/Offer (0.2)(0.1); TC Client re: Same (0.3) | 0.6 | $ 295.00 | $ 177.00 |
| 2/20/2024 | Dawn Kirby | COnference with J HIll regarding opposition to coop motion concerning maintenance payments, assessment, awaiting update docs from coop and re-issuance of improper bill. | 0.2 | $ 350.00 | $ 70.00 |
| 2/20/2024 | Jessica Hill | Multiple Emails to/from J. Wurst (Counsel for Co-Op Board) re: Status of Revised Billing/Documentation (0.2); Email to Client re: Feb Maintenance Fee (0.1) | 0.3 | $ 295.00 | $ 88.50 |
| 2/20/2024 | Jessica Hill | [Sale] Emails to/from Broker re: Status of Offer | 0.1 | $ 295.00 | $ 29.50 |

# Kirby Aisner Curley LLP
# Time Runs by Date

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 2/21/2024 | Jessica Hill | Review & Respond to email from client re: Co-op payment status | 0.1 | $ 295.00 | $ 29.50 |
| 2/21/2024 | Jessica Hill | Review Supplemental Declaration filed by Park Ave & 77th Corp (0.5); Review & Respond to Email from J. Wurst re: Same and Proposed Repayment Term (0.3); Review Park Ave's Counsel's legal bills for reasonableness (0.3) | 1.1 | $ 295.00 | $ 324.50 |
| 2/22/2024 | Jessica Hill | TC B. Foster re: Co-op fees and proposed stipulation (0.4); Discuss Co-op counsel's billing and MRS with DK (0.2) | 0.6 | $ 295.00 | $ 177.00 |
| 2/23/2024 | Jessica Hill | Review Certificate's of Service filed by Park Ave's Counsel and Research Rule 4001 re: Same | 0.4 | $ 295.00 | $ 118.00 |
| 2/26/2024 | Jessica Hill | TC Broker re: Status of Offer | 0.1 | $ 295.00 | $ 29.50 |
| 2/26/2024 | Dawn Kirby | Conference J Hill regarding motion for relief, legal fees. | 0.3 | $ 350.00 | $ 105.00 |
| 2/26/2024 | Dawn Kirby | Respond to email from J Wurst regarding legal fees being charged to Debtor. | 0.2 | $ 350.00 | $ 70.00 |
| 2/26/2024 | Jessica Hill | Delineate Objections to Billing (0.6); Email to J. Wurst re: Same (0.2); Prepare for Tomorrow's Hearings (0.5); TC Client re: Proposed Legal Fee Offer (0.1) | 1.4 | $ 295.00 | $ 413.00 |
| 2/27/2024 | Jessica Hill | Appear at Hearings on Confirmation, Trustee MTD, MRS (0.6); Email to Client re: CoOp Stipulation (0.1); Review Proposed Stipulation with CoOp (0.2); Emails to/from BOA's Counsel re: Payoff Statement (0.1); Review Payoff received for First Mortgage [SLS] (0.1) | 1.1 | $ 295.00 | $ 324.50 |
| 2/29/2024 | Jessica Hill | Review & Respond to Email from Client re: Stipulation/Payments (0.1); Revise Proposed Stipulation (0.5) | 0.6 | $ 295.00 | $ 177.00 |
| 3/1/2024 | Jessica Hill | Email (0.1) and TCs (0.2)(0.2) to/from Client re: Park Ave & 77th Corp's Stipulation; Revise Proposed Stipulation (0.4) and Proposed Order (0.4); Review Updated COS and Notices filed by Park Ave & 77th (0.2) | 1.5 | $ 295.00 | $ 442.50 |
| 3/1/2024 | Dawn Kirby | Revise stipulation with condo. | 0.2 | $ 350.00 | $ 70.00 |
| 3/4/2024 | Jessica Hill | Email to Counsel for Park Ave & 77th Corp re: Revisions to Proposed Stipulation | 0.1 | $ 295.00 | $ 29.50 |

# Kirby Aisner Curley LLP
## Time Runs by Date

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 3/5/2024 | Jessica Hill | Review March payments to Park Ave & 77th Corp; Review and Respond to Emil from Client re: Same | 0.1 | $ 295.00 | $ 29.50 |
| 3/12/2024 | Jessica Hill | Review Revised Stipulation and Email to Client re: Same | 0.3 | $ 295.00 | $ 88.50 |
| 3/13/2024 | Jessica Hill | Review and Respond to Email from BOA's Counsel re: Payoff Balance of Mortgage (0.1); Email to Client and Broker re: Same and Status of Offer (0.1) | 0.2 | $ 295.00 | $ 59.00 |
| 3/15/2024 | Jessica Hill | Emails to/from J. Wurst re: Stipulation (0.1); Conform and File Proposed Order with Court and Submit to Chambers for Entry (0.3) | 0.4 | $ 295.00 | $ 118.00 |
| 3/18/2024 | Jessica Hill | TC Broker re: Status of Offer (0.1); Confer with Julie re: Co-Debtor language for Proposed Stipulation (0.2); Review Proposed Order (0.2) and Transmit to Park Ave's Counsel (0.1); Emails to/from Client re: Same (0.1); Prepare for Tomorrow's Court Hearing (0.3) | 1 | $ 295.00 | $ 295.00 |
| 3/19/2024 | Jessica Hill | Appear at Hearings on MRS, Confirmation & MTD (0.4); Multiple Emails to/from Client re: Same (0.1); Emails and TC Broker re: Status of Offer/Listing (0.1) | 0.6 | $ 295.00 | $ 177.00 |
| 3/20/2024 | Jessica Hill | Conform and File Revised Stip Resolving Park Ave & 77th Corp's MRS (0.3); Submit same to Court for Entry (0.1); Email to J. Wurst re: Same (0.1) | 0.5 | $ 295.00 | $ 147.50 |
| 3/22/2024 | Jessica Hill | Multiple Emails to/from J. Wurst for Park Ave & 77th Corp re: Proposed Order (0.1); Review & Respond to Email from Counsel for Flushing Bank & Email to Client re: Same (0.1) | 0.2 | $ 295.00 | $ 59.00 |
| 4/4/2024 | Jessica Hill | Emails to/from Client re: Co-op statements | 0.1 | $ 295.00 | $ 29.50 |
| 4/8/2024 | Jessica Hill | Review Emails from Broker with Traffic Reports; Email to Broker re: Status of Contract | 0.2 | $ 295.00 | $ 59.00 |
| 4/9/2024 | Jessica Hill | TC Broker re: Status of Listing (0.1); Email to Client re: Same and Likelihood of MRS Being Granted at Tuesday's Hearing (0.4); Emails to/from Client re: Board Billing Statements (0.1); Email to Board's Counsel re: Same (0.1); TC Client re: Same (0.2) | 0.9 | $ 295.00 | $ 265.50 |
| 4/16/2024 | Jessica Hill | Prepare for (0.5) and Appear at (0.4) Hearings on MRS, Status, Trustee's MTD & Confirmation; Email to Client re: Same (0.1) and Email to Broker re: Same (0.1) | 1.1 | $ 295.00 | $ 324.50 |

**Kirby Aisner Curley LLP**
**Time Runs by Date**

| Date | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 5/7/2024 | Jessica Hill | Email to Broker re: Status Update | 0.1 | $ 295.00 | $ 29.50 |
| 5/9/2024 | Jessica Hill | Email to Clients re: MRS and Tuesday's Hearing | 0.2 | $ 295.00 | $ 59.00 |
| 5/10/2024 | Jessica Hill | Review & Respond to Emails from Client re: Maintenance Payments | 0.1 | $ 295.00 | $ 29.50 |
| 5/13/2024 | Jessica Hill | Review & Respond to Emails from Client re: Maintenance Payments; Email to J. Wurst, Esq. re: Same | 0.2 | $ 295.00 | $ 59.00 |
| 5/14/2024 | Jessica Hill | TC Broker re: Status of Listing (0.1); Prepare for (0.3) and Participate in (0.8) Hearings on MTD, MRS & Confirmation; Email to Client re: Todays Hearing & Next Steps (0.2); Discuss Case Status with Dawn (0.1); TC Broker re: Today's Hearing Outcome (0.1) | 1.6 | $ 295.00 | $ 472.00 |
| | | **Grand Total** | **49.6** | | **$ 14,129.50** |

**Kirby Aisner Curley LLP**
**Expenses**

| Date | Type | Discription | | Quantity | Price | Total |
|---|---|---|---|---:|---:|---:|
| 9/25/2023 | Expense entry | Certified Copy (522f Order) | | 1 | $ 11.00 | $ 11.00 |
| | | | Total | 1 | | $ 11.00 |
| | | | | | | |
| 7/21/2023 | Expense entry | On-line Access of Court Records | | 25 | $ 0.10 | $ 2.50 |
| 11/30/2023 | Expense entry | On-line Access of Court Records | | 45 | $ 0.10 | $ 4.50 |
| 2/16/2024 | Expense entry | On-line Access of Court Records | | 10 | $ 0.10 | $ 1.00 |
| 2/27/2024 | Expense entry | On-line Access of Court Records | | 15 | $ 0.10 | $ 1.50 |
| 3/15/2024 | Expense entry | On-line Access of Court Records | | 10 | $ 0.10 | $ 1.00 |
| 3/15/2024 | Expense entry | On-line Access of Court Records | | 10 | $ 0.10 | $ 1.00 |
| 3/19/2024 | Expense entry | On-line Access of Court Records | | 10 | $ 0.10 | $ 1.00 |
| 3/20/2024 | Expense entry | On-line Access of Court Records | | 2 | $ 0.10 | $ 0.20 |
| 3/21/2024 | Expense entry | On-line Access of Court Records | | 4 | $ 0.10 | $ 0.40 |
| 4/16/2024 | Expense entry | On-line Access of Court Records | | 15 | $ 0.10 | $ 1.50 |
| | | | Total | 146 | | $ 14.60 |
| | | | | | | |
| 7/21/2023 | Expense entry | Photocopies | | 270 | $ 0.10 | $ 27.00 |
| 8/31/2023 | Expense entry | Photocopies | | 14 | $ 0.10 | $ 1.40 |
| | | | Total | 284 | | $ 28.40 |
| | | | | | | |
| 7/21/2023 | Expense entry | Postage | | 6 | $ 1.83 | $ 10.98 |
| 8/23/2023 | Expense entry | Postage | | 7 | $ 0.63 | $ 4.41 |
| 9/26/2023 | Expense entry | Postage | | 1 | $ 0.63 | $ 0.63 |
| 9/26/2023 | Expense entry | Postage | | 1 | $ 0.87 | $ 0.87 |
| 10/12/2023 | Expense entry | Postage | | 1 | $ 0.63 | $ 0.63 |
| 10/12/2023 | Expense entry | Postage | | 1 | $ 0.87 | $ 0.87 |
| 11/28/2023 | Expense entry | Postage | | 7 | $ 0.87 | $ 6.09 |
| 12/13/2023 | Expense entry | Postage | | 6 | $ 0.63 | $ 3.78 |
| 1/23/2024 | Expense entry | Postage | | 8 | $ 2.15 | $ 17.20 |
| | | | Total | 38 | | $ 45.46 |
| | | | | | | |
| | | | **Grand Total** | | | **$ 99.46** |